IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FORTUNATUS B. WILCOX | § |
| | § |
| V. | § C.A. NO. C-00-030 |
| | § |
| STEVEN TAYLOR | § |

## ORDER OF TRANSFER

Proceeding *pro se*, plaintiff filed this civil rights action (D.E. 1). Plaintiff is an inmate currently incarcerated at the Federal Correctional Institution in El Reno, Oklahoma. The individual defendants in this action are prison officials connected to the El Reno facility. The events giving rise to this action took place in El Reno, Oklahoma. El Reno, Oklahoma is located in Canadian County which lies within the Western District of Oklahoma. 28 U.S.C. § 116(c).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is ordered that this case be transferred to the United States District Court for the Western District of Oklahoma. 28 U.S.C. §§ 1391(b), 1406(a).

ORDERED this _11_ day of ___Feb___, 2000.

/s/ H. W. Head
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE